AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

RICHARD GRIGSBY, CHERYL GRIGSBY,
and ROCKY MOUNTAIN MEMORIES, INC.

*Plaintiff(s)*

v.

ESTES PARK, Colorado,
a Colorado Municipal Corporation

*Defendant(s)*

Civil Action No. 1:23-cv-1349

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ESTES PARK, Colorado,
a Colorado Municipal Corporation
Address: 170 MacGregor Ave., Estes Park, CO 80517
Mailing Address: P.O. Box 1200, Estes Park, CO 80517

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jennifer M. McCallum, Ph.D., Esq.
The McCallum Law Firm, PC
Physical Address: 685 Briggs Street, Erie, CO 80516
Mailing Address: P.O. Box 929, Erie, CO 80516

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*