**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.     1:23-CV-01349-SP

RICHARD GRIGSBY,
CHERYL GRIGSBY, AND
ROCKY MOUNTAIN MEMORIES, INC.

    Plaintiffs,

v.

ESTES PARK, COLORADO, A COLORADO MUNICIPAL CORPORATION

    Defendants.

---

**ENTRY OF APPEARANCE**

---

    COMES NOW, Nicholas C. Poppe of Nathan Dumm & Mayer P.C., an attorney duly licensed to appear before this Court, and hereby enters his appearance as counsel on behalf of Defendant, Estes Park, Colorado.

DATED this 22nd day of June, 2023.

                              *s/Nick Poppe*
                              Nicholas C. Poppe
                              NATHAN DUMM & MAYER P. C.
                              7900 E. Union Avenue, Suite 600
                              Denver, CO 80237-2776
                              Telephone: (303) 691-3737
                              Facsimile: (303) 757-5106
                              Npoppe@ndm-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of June, 2023 I electronically filed the foregoing ENTRY OF APPEARANCE using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. McCallum, Ph.D., Esq.
The McCallum Law Firm, P.C.
685 Briggs Street
Erie, CO 80516
(303) 828-0655
jennifermccalum@mccallumlaw.net
katman@mccallumlaw.net
*Attorney for Plaintiffs*

                                        *s/Nick Poppe*
                                        Nicholas C. Poppe
                                        Attorneys for Defendant
                                        NATHAN DUMM & MAYER P.C.
                                        7900 E. Union Avenue, Suite 600
                                        Denver, CO 80237-2776
                                        Telephone: (303) 691-3737
                                        Facsimile: (303) 757-5106
                                        NPoppe@ndm-law.com