## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.		1:23-CV-01349-SP

RICHARD GRIGSBY,
CHERYL GRIGSBY, AND
ROCKY MOUNTAIN MEMORIES, INC.

    Plaintiffs,

v.

ESTES PARK, COLORADO, A COLORADO MUNICIPAL CORPORATION

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW, Ashley Hernandez-Schlagel of Nathan Dumm & Mayer P.C., an attorney duly licensed to appear before this Court, and hereby enters her appearance as counsel on behalf of Defendant, Estes Park, Colorado.

DATED this 22nd day of June, 2023.

                                    *s/Ashley Hernandez-Schlagel*
                                    Ashley Hernandez-Schlagel
                                    NATHAN DUMM & MAYER P. C.
                                    7900 E. Union Avenue, Suite 600
                                    Denver, CO 80237-2776
                                    Telephone: (303) 691-3737
                                    Facsimile: (303) 757-5106
                                    aschlagel@ndm-law.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of June, 2023 I electronically filed the foregoing ENTRY OF APPEARANCE using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. McCallum, Ph.D., Esq.
The McCallum Law Firm, P.C.
685 Briggs Street
Erie, CO 80516
(303) 828-0655
jennifermccalum@mccallumlaw.net
katman@mccallumlaw.net
*Attorney for Plaintiffs*

 

*s/Ashley Hernandez-Schlagel*  _____
Ashley Hernandez-Schlagel
Attorneys for Defendant
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
aschlagel@ndm-law.com

2