IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.     1:23-CV-01349-SP

RICHARD GRIGSBY
CHERYL GRIGSBY, AND
ROCKY MOUNTAIN MEMORIES, INC.

    Plaintiffs,

v.

ESTES PARK, COLORADO, A COLORADO MUNICIPAL CORPORATION

    Defendants.

## ENTRY OF APPEARANCE

COMES NOW, J. Andrew Nathan of Nathan Dumm & Mayer P.C., an attorney duly licensed to appear before this Court, and hereby enters his appearance as counsel on behalf of Defendant, Estes Park, Colorado.

DATED this 22nd day of June, 2023.

                      *s/J. Andrew Nathan*
                      J. Andrew Nathan
                      NATHAN DUMM & MAYER P. C.
                      7900 E. Union Avenue, Suite 600
                      Denver, CO 80237-2776
                      Telephone: (303) 691-3737
                      Facsimile: (303) 757-5106
                      anathan@ndm-law.com

# CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of June, 2023 I electronically filed the foregoing ENTRY OF APPEARANCE using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. McCallum, Ph.D., Esq.
The McCallum Law Firm, P.C.
685 Briggs Street
Erie, CO 80516
(303) 828-0655
jennifermccalum@mccallumlaw.net
katman@mccallumlaw.net
*Attorney for Plaintiffs*

 

                                                *s/ J. Andrew Nathan*
                                                J. Andrew Nathan
                                                Attorneys for Defendant
                                                NATHAN DUMM & MAYER P.C.
                                                7900 E. Union Avenue, Suite 600
                                                Denver, CO 80237-2776
                                                Telephone: (303) 691-3737
                                                Facsimile: (303) 757-5106
                                                ANathan@ndm-law.com