**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.        1:23-CV-01349-SP

RICHARD GRIGSBY,
CHERYL GRIGSBY, AND
ROCKY MOUNTAIN MEMORIES, INC.

  Plaintiffs,

v.

ESTES PARK, COLORADO, A COLORADO MUNICIPAL CORPORATION

  Defendant.

---

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

---

  Defendant, Estes Park, Colorado, by and through its attorneys, Nathan Dumm & Mayer P. C., hereby submits its Stipulation for Extension of Time to File a Responsive Pleading with supporting authority as follows:

  1. The current deadline for the Town to submit a responsive pleading is June 26, 2023.

  2. The undersigned conferred with Plaintiffs, who stipulated to a twenty-one-day extension of time to file a responsive pleading.

  3. The undersigned certifies that he has served a copy of this motion on his client.

  4. The Defendants revised deadline to submit a responsive pleading shall be July 17, 2023.

DATED this 22nd day of June, 2023.

*s/Nick Poppe*_____

J. Andrew Nathan

Ashley Hernandez-Schlagel

Nicholas C. Poppe

NATHAN DUMM & MAYER P. C.

7900 E. Union Avenue, Suite 600

Denver, CO 80237-2776

Telephone: (303) 691-3737

Facsimile: (303) 757-5106

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on 22nd day of June, 2023 I electronically filed the foregoing **STIPULATION** using the CM/ECF system which will send notification of such filing to the following:

Jennifer M. McCallum, Ph.D., Esq.
The McCallum Law Firm, P.C.
685 Briggs Street
Erie, CO 80516
(303) 828-0655
jennifermccalum@mccallumlaw.net
katman@mccallumlaw.net
*Attorney for Plaintiffs*

*s/Nick Poppe*
J. Andrew Nathan
Ashley Hernandez-Schlagel
Nicholas C. Poppe
Attorneys for Defendant
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237-2776
Telephone: (303) 691-3737
Facsimile: (303) 757-5106
ANathan@ndm-law.com
ASchlagel@ndm-law.com
NPoppe@ndm-law.com