**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-01349-SBP

RICHARD GRIGSBY,
CHERYL GRIGSBY, AND
ROCKY MOUNTAIN MEMORIES, INC.
      Plaintiffs,

    v.

ESTES PARK, COLORADO, A COLORADO MUNICIPAL CORPORATION

      Defendant,

---

**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

---

    Plaintiffs, Richard and Cheryl Grigsby and Rocky Mountain Memories, Inc., by and through their counsel, McCallum Law Firm, P.C., hereby submits its Stipulation for Extension of Time to File a Responsive Pleading with supporting authority as follows:

1. The current deadline for the Plaintiffs to submit a responsive pleading is July 31, 2023.

2. The undersigned conferred with Defendant, who stipulated to a fifteen-day extension of time to file a responsive pleading.

3. The undersigned certifies that we have a served a copy of this motion to our client.

4. The Plaintiffs revised deadline to submit a responsive pleading shall be August 15, 2023.

DATED this 28th day of July, 2023.

*/s/ Jennifer McCallum*

Jennifer McCallum  
The McCallum Law Firm, P.C.  
685 Briggs Street,  
Erie, CO 80516  
(303) 828-0655  
<u>jennifermccallum@mccallumlaw.net</u>

## CERTIFICATE OF SERVICE

  I hereby certify that on 28th day of July, 2023, I electronically filed the foregoing **STIPULATION** using the CM/ECF system which will send notification of such filing to the following:

Nick Poppe
J. Andrew Nathan
Ashley Hernandez-Schlagel
Attorneys for Defendant
NATHAN DUMM & MEYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237
(303) 691-3737
ANathan@ndm-law.com
ASchlagel@ndm-law.com
NPoppe@ndm-law.com

               */s/ Jennifer McCallum*

               Jennifer McCallum
               The McCallum Law Firm, P.C.
               685 Briggs Street,
               Erie, CO 80516
               (303) 828-0655
               jennifermccallum@mccallumlaw.net