IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01349-SBP

RICHARD GRIGSBY,
CHERYL GRIGSBY,
ROCKY MOUNTAIN MEMORIES, INC.

Plaintiffs,

v.

ESTES PARK, COLORADO, A COLORADO MUNICIPAL CORPORATION;

Defendant.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1) D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2) Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3) D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

_____X_____ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

| Signatures | Party Represented | Date |
|---|---|---|
| _s/Jennifer McCallum_____ | Plaintiffs | 5/29/2023 |

Print name__Jennifer McCallum_____

| ___s/Nick Poppe_____ | _Defendant_____ | 5/29/2023_____ |

Print name_Nicholas Poppe_____

_____  _____  _____

Print name_____

_____  _____  _____

Print name_____

_____  _____  _____

Print name_____

_____  _____  _____