IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Susan Prose**

| Civil Action No: 23-cv-01349-DDD-SBP | Date: September 19, 2023 |
|---|---|
| Courtroom Deputy: Meghan Smotts | FTR: Courtroom C205 |

*Parties:* 

RICHARD GRIGSBY, CHERYL GRIGSBY,
and ROCKY MOUNTAIN MEMORIES, INC.

    Plaintiffs,

v.

ESTES PARK, Colorado,
a Colorado Municipal Corporation

    Defendant.

*Counsel:*

Jennifer M. McCallum

Ashley M. Hernandez-Schlagel
J. Andrew Nathan
Nicholas Poppe

**COURTROOM MINUTES**

**TELEPHONIC STATUS and SCHEDULING CONFERENCE**

**10:02 p.m.   Court in session.**

Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**

Joinder of Parties/Amendment to Pleadings: September 30, 2023
Discovery Cut-off: March 18, 2024
Dispositive Motions Deadline: April 29, 2024
Rule 702 Motion deadline: April 29, 2024

Each side shall be limited to 5 depositions, including experts.
Each side shall be limited to 25 interrogatories, including discrete subparts, 25 requests for production, and 25 requests for admission.

Interrogatories, Requests for Production, and Requests for Admissions shall be served by February 2, 2024.

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: January 22, 2024
Disclosure of Rebuttal Experts: February 22, 2024

**District Judge Dominico's Trial Scheduling Procedures:** Judge Domenico's Chambers will generally contact the parties to set a trial date and Final Pretrial Conference/Trial Preparation Conference date(s) after the dispositive motions deadline has passed and the Court has issued rulings on all such motions.

**Scheduling Order entered.**

**10:27 a.m.   Court in recess.**

Hearing concluded.
Total in-court time:   00:25

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.