IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-01349-SBP

RICHARD GRIGSBY,
CHERYL GRIGSBY, AND
ROCKY MOUNTAIN MEMORIES, INC.
        Plaintiffs,

     v.

ESTES PARK, COLORADO, A COLORADO MUNICIPAL CORPORATION

        Defendant,

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE DEADLINES FOR AFFIRMATIVE EXPERT DISCLOSURES, REBUTTAL EXPERT DISCLOSURES, DISCOVERY CUT-OFF, DISPOSITIVE MOTIONS AND RULE 702 MOTION DEADLINES.**

    Plaintiffs, Richard and Cheryl Grigsby and Rocky Mountain Memories, Inc., (collectively, "Plaintiffs) by and through their counsel, McCallum Law Firm, P.C., hereby submit the following **Unopposed** Motion for Extension of Time to Move Deadlines for Affirmative Expert Disclosures, Rebuttal Expert Disclosures, Discovery Cut-off, Dispositive Motions and Rule 702 Motion Deadlines as follows:

**CERTIFICATION**

    Counsel for Plaintiffs, Jennifer M. McCallum, conferred with Defendant's attorney, counsel Ashley Hernandez-Schlagel, with regard to this Motion and she does not object to the relief requested by way of this Motion.

**MOTION**

1. The Scheduling Order in this case originally set the deadline for Affirmative Expert Disclosures for January 22, 2024, the deadline for Rebuttal Expert Disclosures for February 22, 2024, the deadline for Discovery Cut-Off for March 18, 2024, and the deadline for Dispositive Motions and Rule 702 Motions for April 29, 2024.

2. The parties respectfully request that the above-referenced deadlines all be moved as follows:

    a. The Affirmative Expert Disclosures to be moved from January 22, 2024 to February 12, 2024;

    b. The Rebuttal Expert Disclosures to be moved from February 22, 2024 to March 25, 2024;

    c. Discovery Cut-Off to be moved from March 18, 2024 to April 22, 2024; and

    d. Dispositive Motion and Rule 702 Motions Deadline to be moved from April 29, 2024 to May 13, 2024.

3. The parties have agreed to this extension and thus neither side will be prejudiced by granting this Motion.

4. A proposed Order for the Court's consideration and signature is being filed contemporaneously herewith, and a copy of the Motion will be provided to Defendants.

WHEREFORE, Plaintiffs respectfully request the Court enter its Order granting an extension of time to serve Affirmative Expert Disclosures up to and including February 12, 2024, an extension of time to serve Rebuttal Expert Disclosures up to and including March 25, 2024, an extension of time for Discovery Cut-Off to April 22, 2024 and an extension of time to file Dispositive Motions and 702 deadlines up to and including May 13, 2024.

Respectfully submitted on January 22, 2024.

/s/ Jennifer M. McCallum, Ph.D., Esq.
*Jennifer M. McCallum, Ph.D., Esq.*
The McCallum Law Firm, PC
Physical Address:
685 Briggs Street
Erie, CO 80516
Telephone: (303) 828-0655
E-mail:  jmccallum@mccallumlaw.net
E-mail:  kaltman@mccallumlaw.net
Attorneys for Plaintiffs Rick
and Cheryl Grigsby and Rocky Mountain
Memories, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd of January 2024, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following attorneys of record in this case:

Nick Poppe
J. Andrew Nathan
Ashley Hernandez-Schlagel
Attorneys for Defendant
NATHAN DUMM & MEYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO 80237
(303) 691-3737
ANathan@ndm-law.com
ASchlagel@ndm-law.com
NPoppe@ndm-law.com

By: s/ Jennifer M. McCallum, Ph.D., Esq.
***Jennifer M. McCallum, Ph.D., Esq.***
The McCallum Law Firm, PC
Physical Address:
685 Briggs Street
Erie, CO 80516
Mailing Address:
P.O. Box 929
Erie, CO 80516
Telephone: (303) 828-0655
E-mail:  jmccallum@mccallumlaw.net
E-mail:  kaltman@mccallumlaw.net