# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-01349-SBP

RICHARD GRIGSBY,
CHERYL GRIGSBY, AND
ROCKY MOUNTAIN MEMORIES, INC.
      Plaintiffs,

      v.

ESTES PARK, COLORADO, A COLORADO MUNICIPAL CORPORATION

      Defendant,

**ORDER REGARDING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE DEADLINES FOR AFFIRMATIVE EXPERT DISCLOSURES, REBUTTAL EXPERT DISCLOSURES, DISCOVERY CUT-OFF, DISPOSITIVE MOTIONS AND RULE 702 MOTION DEADLINES.**

      The Court having reviewed Plaintiffs' Unopposed Motion for Extension of Time to Move Deadlines for Affirmative Expert Disclosures, Rebuttal Expert Disclosures, Discovery Cut-off, Dispositive Motions and Rule 702 Motions hereby GRANTS the request therein and Orders as follows:

      The parties shall have up to and including February 12, 2024 to serve Affirmative Expert Disclosures, up to and including March 25, 2024 to serve Rebuttal Expert Disclosures, the Discovery Cut-Off Date will be March April 22, 2024 and parties shall have up to and including May 13, 2024 to file Dispositive Motions and Rule 702 Motions.

      IT IS SO ORDERED this _____ day of _____ 2024.

      BY THE COURT

_____
Susan Prose
U.S. Magistrate Judge District of Colorado