IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01349-DDD-SBP

RICHARD GRIGSBY, CHERYL GRIGSBY, and ROCKY MOUNTAIN MEMORIES, INC.,

 Plaintiffs,

v.

ESTES PARK, Colorado, a Colorado Municipal Corporation

 Defendant.

---

FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Partial Motion to Dismiss, filed February 6, 2024, and the Order, filed February 29, 2024, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendant, Estes Park, Colorado, a Colorado Municipal Corporation, and against Plaintiffs, Richard Grigsby, Cheryl Grigsby, and Rocky Mountain Memories, Inc., on Defendant's Partial Motion to Dismiss. It is further

ORDERED that plaintiffs' complaint and action are dismissed.

1

DATED at Denver, Colorado this 29th day of February, 2024.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk